# EXHIBIT B

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Southwestern Bell Telephone Company, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, The Southern New England Telephone Company, and Wisconsin Bell, Inc.,<br><br>Plaintiffs,<br><br>v.<br><br>88 Connection Corporation<br><br>Defendant. | Case No: 3:15-mc-80135-LB<br><br>**[PROPOSED] ORDER FOR APPEARANCE AND EXAMINATION OF CHARLIE ZHAO, PRESIDENT AND/OR CHIEF EXECUTIVE OFFICER OF JUDGMENT DEBTOR 88 CONNECTION CORPORATION** |

## INTRODUCTION

On May 15, 2015, Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Southwestern Bell Telephone Company, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, and Wisconsin Bell, Inc. (hereinafter referred to as "the AT&T ILECs") registered a Foreign Judgment. (Doc. 1). The Foreign Judgment is a court order issued by the United States District Court for the Southern District of California, San Diego Division, Civil Action No. 13-cv-01157-L-KSC entering a default judgment against 88 Connection Corporation in the amount of Four Million Thirteen Thousand Four Hundred Fifty-Nine Dollars ($4,013,459.00). On July 29, 2015, this Court issued an Abstract of Judgment. (Doc. 5). On August 5, 2015, the AT&T ILECs filed an Application for an Order for the Appearance and Examination of Charlie Zhao, President and/or Chief Executive Officer of Judgment Debtor 88 Connection Corporation.

## DISCUSSION

Debtor examination proceedings "permit the judgment creditor to examine the judgment debtor, or third persons who have property of or are indebted to the judgment debtor, in order to discover property and apply it toward the satisfaction of the money judgment." *Imperial Bank v.Pim Elec., Inc.*, 33 Cal. App. 4th 540, 546-57, 39 Cal. Rptr. 2d 432, 437 (1995); *Alcalde v. NAC Real Estate Invs. & Assignments, Inc.*, 580 F. Supp. 2d 969, 970 (C.D. Cal. 2008). A judgment for money entered by a district court may be registered in any other district court once the judgment is final by filing a certified copy of such judgment in the other district. 28 U.S.C. § 1963. Under California law, all assets of a judgment debtor are subject to enforcement except as otherwise provided by law. Cal. Civ. Proc. Code § 695.010(a).

Rule 69(a)(1) of the Federal Rules of Civil Procedure provides in pertinent part: "[t]he procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located, but a federal statute governs to the extent that it applies." Rule 69(a)(2) of the Federal Rules of Civil Procedure provides in pertinent part: "[i]n aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person – including the judgment debtor — as provided in these rules or by the procedure of the state where the court is located." In turn, Section 708.110 of the California Code of Civil Procedure provides:

> (a) The judgment creditor may apply to the proper court for an order requiring the judgment debtor to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to furnish information to aid in enforcement of the money judgment.
>
> (b) If the judgment creditor has not caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make an order upon ex parte application of the judgment creditor.
>
> (c) If the judgment creditor has caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make the order if the judgment creditor by affidavit or otherwise shows good cause for the order. The application shall be made on noticed motion if the court so directors or a court rule to requires. Otherwise, it may be made ex parte.
>
> (d) The judgment creditor shall personally serve a copy of the order on the

2

      judgment debtor not less than 10 days before the date set for examination. Service shall be made in the manner specified in Section 415.10. Service of the order creates a lien on the personal property of the judgment debtor for a period of one year from the date of the order unless extended or sooner terminated by the court.

(e) The order shall contain the following statement in 14-point boldface type if printed or in capital letters if typed: NOTICE TO JUDGMENT DEBTOR. If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.

Cal Civ. Proc. Code § 708.110 (a)-(e). Section 708.160(b) of the California Code of Civil Procedure also provides that: "[a] person sought to be examined may not be required to attend an examination before a court located outside the county in which the person resides or has a place of business unless the distance from the person's place of residence or place of business to the place of examination is less than 150 miles."

      The Court finds that the AT&T ILECs have satisfied the requirements of 28 U.S.C. § 1963 because the AT&T ILECs filed a certified copy of the order of the United States District Court for the Southern District of California, San Diego Division, with this Court to obtain enforcement of that court's judgment in the amount of $4,013,459.00. ((Doc. 1). Additionally, the AT&T ILECs' application sets forth the showing required by Federal Rule of Civil Procedure 69(a)(2) and the applicable provisions of the California Code of Civil Procedure §§ 708.110 and 708.160.

## **CONCLUSION**

Accordingly, IT IS HEREBY ORDERED that:

1. Mr. Charlie Zhao, President and/or Chief Executive Officer of Judgment Debtor 88 Connection Corporation shall appear personally on **Tuesday, September 22, 2015, at 9:30 a.m. in Courtroom C on the 15th Floor of the United States District Courthouse, located at 450 Golden Gate Avenue, Phillip Burton Federal Building, San Francisco, California 94102**, to furnish information to aid in the enforcement of a money judgment by answering questions about 88 Connection Corporation and its real and personal property; and

2. The AT&T ILECs must service this Order upon Charlie Zhao, President and/or Chief Executive officer of Judgment Debtor 88 Connection Corporation **personally not less than ten (10) days before the date set for the examination and must file a certificate of such service with the court.**

**NOTICE TO JUDGMENT DEBTOR. IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.[1]**

IT IS SO ORDERED.

Dated: August 11, 2015

/s/ Laurel Beeler
United States Magistrate Judge

APPROVED
Judge Laurel Beeler

---

[1] This notice is furnished pursuant to California Code of Civil Procedure § 708.110(e).

4