MAYER BROWN LLP
DEMETRIOS G. METROPOULOS  (*pro hac vice*)
 demetro@mayerbrown.com
71 South Wacker Drive
Chicago, Illinois 60606
Telephone: (312) 701-8479
Facsimile:  (312) 706-8658

ANNE M. SELIN (SBN 270634)
 *aselin@mayerbrown.com*
Two Palo Alto Square, Suite 300
3000 El Camino Real
Palo Alto, California 94306-2112
Telephone: (650) 331-2000
Facsimile:  (650) 331-2060

Attorneys for Plaintiffs
Pacific Bell Telephone Company; BellSouth Telecommunications, LLC; Southwestern Bell Telephone Company; Illinois Bell Telephone Company; Indiana Bell Telephone Company, Incorporated; Nevada Bell Telephone Company; The Ohio Bell Telephone Company; and Wisconsin Bell, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Southwestern Bell Telephone Company, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, The Southern New England Telephone Company, and Wisconsin Bell, Inc., <br><br> Plaintiffs, <br><br> v. <br><br> 88 Connection Corporation, <br><br> Defendant. | Case No: 3:15-mc-80135-LB <br><br> **[PROPOSED] ORDER GRANTING JUDGMENT CREDITORS' MOTION TO CONTINUE EXAMINATIONS OF SIMON WONG, SENIOR OFFICER OF JUDGMENT DEBTOR 88 CONNECTION CORPORATION, AND CHARLIE ZHAO, PRESIDENT AND/OR CHIEF EXECUTIVE OFFICER OF JUDGMENT DEBTOR 88 CONNECTION CORPORATION** |

**INTRODUCTION**

On May 15, 2015, Pacific Bell Telephone Company, BellSouth Telecommunications, LLC, Southwestern Bell Telephone Company, Illinois Bell Telephone Company, Indiana Bell Telephone Company, Incorporated, Nevada Bell Telephone Company, The Ohio Bell Telephone Company, and Wisconsin Bell, Inc. (hereinafter referred to as "the AT&T ILECs" or "Judgment Creditors") registered a Foreign Judgment. ECF No. 1. The Foreign Judgment is a court order issued by the United States District Court for the Southern District of California, San Diego Division, Civil Action No. 13-cv-01157-L-KSC entering a default judgment against 88 Connection Corporation in the amount of Four Million Thirteen Thousand Four Hundred Fifty-Nine Dollars ($4,013,459.00). On July 29, 2015, this Court issued an Abstract of Judgment. ECF No. 5. On August 5, 2015, the AT&T ILECs filed an Application for an Order for the Appearance and Examination of Charlie Zhao, President and/or Chief Executive Officer of Judgment Debtor 88 Connection Corporation, and Mr. Zhao was examined on September 23, 2015. ECF No. 15.

On November 4, 2015, the AT&T ILECs filed an Application for the debtor exams of Simon Wong, an officer of 88 Connection, and an additional examination of Mr. Zhao, which the Court granted on November 6, 2015. ECF Nos. 16-18. The debtor exams were scheduled for December 8 and 9, 2015 (Dkt. 18). However, the AT&T ILECs were unable to effectuate personal service on Mr. Wong or Mr. Zhao, despite numerous attempts, and duly informed the Court that the December 8 and 9, 2015 hearing dates should be postponed. On December 4, 2015, the Court ordered that Mr. Wong and Mr. Zhao appear for debtor exam hearings on February 23 and February 24, 2016, respectively. ECF No. 22. On February 17, 2016, at the request of the AT&T ILECs, the Court continued those hearing dates to May 16, 2016 and May 17, 2016, respectively. ECF No. 25. To date, the AT&T ILECs have been unable to effectuate any personal service on Mr. Wong or Mr. Zhao.

**DISCUSSION**

Debtor examination proceedings "permit the judgment creditor to examine the judgment debtor, or third persons who have property of or are indebted to the judgment debtor, in order to

2

[PROPOSED] ORDER GRANTING JUDGMENT CREDITORS' EX PARTE APPLICATION TO CONTINUE EXAMINATIONS OF SIMON WONG AND CHARLIE ZHAO, CASE NO. 3:15-MC-80135-LB

discover property and apply it toward the satisfaction of the money judgment." *Imperial Bank v.Pim Elec., Inc.*, 33 Cal. App. 4th 540, 546-57, 39 Cal. Rptr. 2d 432, 437 (1995); *Alcalde v. NAC Real Estate Invs. & Assignments, Inc.*, 580 F. Supp. 2d 969, 970 (C.D. Cal. 2008). A judgment for money entered by a district court may be registered in any other district court once the judgment is final by filing a certified copy of such judgment in the other district. 28 U.S.C. § 1963. Under California law, all assets of a judgment debtor are subject to enforcement except as otherwise provided by law. Cal. Civ. Proc. Code § 695.010(a).

Rule 69(a)(1) of the Federal Rules of Civil Procedure provides in pertinent part: "[t]he procedure on execution – and in proceedings supplementary to and in aid of judgment or execution – must accord with the procedure of the state where the court is located, but a federal statute governs to the extent that it applies." Rule 69(a)(2) of the Federal Rules of Civil Procedure provides in pertinent part: "[i]n aid of the judgment or execution, the judgment creditor or a successor in interest whose interest appears of record may obtain discovery from any person – including the judgment debtor — as provided in these rules or by the procedure of the state where the court is located." In turn, Section 708.110 of the California Code of Civil Procedure provides:

> (a)   The judgment creditor may apply to the proper court for an order requiring the judgment debtor to appear before the court, or before a referee appointed by the court, at a time and place specified in the order, to furnish information to aid in enforcement of the money judgment.
>
> (b)   If the judgment creditor has not caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make an order upon ex parte application of the judgment creditor.
>
> (c)   If the judgment creditor has caused the judgment debtor to be examined under this section during the preceding 120 days, the court shall make the order if the judgment creditor by affidavit or otherwise shows good cause for the order. The application shall be made on noticed motion if the court so directors or a court rule to requires. Otherwise, it may be made ex parte.
>
> (d)   The judgment creditor shall personally serve a copy of the order on the judgment debtor not less than 10 days before the date set for examination. Service shall be made in the manner specified in Section 415.10. Service of the order creates a lien on the personal property of the judgment debtor for a period of one year from the date of the order unless extended or sooner terminated by the court.
>
> (e)   The order shall contain the following statement in 14-point boldface type if printed or in capital letters if typed: NOTICE TO JUDGMENT DEBTOR. If you

3

fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of court and the court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.

Cal Civ. Proc. Code § 708.110 (a)-(e).  Section 708.160(b) of the California Code of Civil Procedure also provides that: "[a] person sought to be examined may not be required to attend an examination before a court located outside the county in which the person resides or has a place of business unless the distance from the person's place of residence or place of business to the place of examination is less than 150 miles."

The Court finds that the AT&T ILECs have satisfied the requirements of 28 U.S.C. § 1963 because the AT&T ILECs filed a certified copy of the order of the United States District Court for the Southern District of California, San Diego Division, with this Court to obtain enforcement of that court's judgment in the amount of $4,013,459.00.  ECF No. 1.  Additionally, the AT&T ILECs' application sets forth the showing required by Federal Rule of Civil Procedure 69(a)(2) and the applicable provisions of the California Code of Civil Procedure §§ 708.110 and 708.160.

On May 10, 2016, the AT&T ILECs and Judgment Creditors filed an Ex Parte Application to Continue Examinations of Simon Wong, Senior Officer of Judgment Debtor 88 Connection Corporation, and Charlie Zhao, President and/or Chief Executive officer of judgment debtor 88 Connection Corporation.  Judgment Creditors requested an extension on the basis that Mr. Wong and Mr. Zhao have not been personally served and additional time is needed to effectuate personal service and investigate other potentially viable avenues to do so.

Accordingly, IT IS HEREBY ORDERED that:

1. The prior hearing dates for the examinations of Mr. Simon Wong and Mr. Charlie Zhao, respectively, are hereby vacated.  ECF No. 25.

2. Mr. Simon Wong, Senior Officer of Judgment Debtor 88 Connection Corporation, shall appear personally on **August 22, 2016, at 9:30 a.m. in Courtroom C on the 15th Floor of the United States District Courthouse, located at 450 Golden Gate Avenue, Phillip Burton Federal Building, San Francisco,**

4

[PROPOSED] ORDER GRANTING JUDGMENT CREDITORS' EX PARTE APPLICATION TO CONTINUE EXAMINATIONS OF SIMON WONG AND CHARLIE ZHAO, CASE NO. 3:15-MC-80135-LB

**California 94102**, to furnish information to aid in the enforcement of a money judgment by answering questions about 88 Connection Corporation and its real and personal property;

3. Mr. Charlie Zhao, President and/or Chief Executive Officer of Judgment Debtor 88 Connection Corporation shall appear personally on **August 23, 2016, at 9:30 a.m**. **in Courtroom C on the 15th Floor of the United States District Courthouse, located at 450 Golden Gate Avenue, Phillip Burton Federal Building, San Francisco, California 94102**, to furnish information to aid in the enforcement of a money judgment by answering questions about 88 Connection Corporation and its real and personal property; and

4. The AT&T ILECs must service this Order upon Simon Wong and Charlie Zhao, officers of Judgment Debtor 88 Connection Corporation **personally not less than ten (10) days before the date set for the examination and must file a certificate of such service with the court.**

5. Pursuant to this Court's order dated December 4, 2015 (ECF No. 23), One Legal, LLC, registered California process servers, are specially appointed to serve this and any Order for Appearance and Examination of Simon Wong, Senior Officer of Judgment Debtor 88 Connection Corporation, and Charlie Zhao, President and/or Chief Executive Officer of Judgment Debtor 88 Connection Corporation.

**NOTICE TO JUDGMENT DEBTOR.  IF YOU FAIL TO APPEAR AT THE TIME AND PLACE SPECIFIED IN THIS ORDER, YOU MAY BE SUBJECT TO ARREST AND PUNISHMENT FOR CONTEMPT OF COURT AND THE COURT MAY MAKE AN ORDER REQUIRING YOU TO PAY THE REASONABLE ATTORNEY'S FEES INCURRED BY THE JUDGMENT CREDITOR IN THIS PROCEEDING.[1]**

---

[1] This notice is furnished pursuant to California Code of Civil Procedure § 708.110(e).

5

[PROPOSED] ORDER GRANTING JUDGMENT CREDITORS' EX PARTE APPLICATION TO CONTINUE
EXAMINATIONS OF SIMON WONG AND CHARLIE ZHAO, CASE NO. 3:15-MC-80135-LB

IT IS SO ORDERED.

Dated: May 11, 2016

_____
United States Magistrate Judge Laurel Beeler

6

[PROPOSED] ORDER GRANTING JUDGMENT CREDITORS' EX PARTE APPLICATION TO CONTINUE
EXAMINATIONS OF SIMON WONG AND CHARLIE ZHAO, CASE NO. 3:15-MC-80135-LB